**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Luis A. RODRIGUEZ, Defendant–Appellant.**

**No. 14–14277**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 15, 2015.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, Arthur Lee Bentley, III, Shauna S. Hale, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Jenny L. Devine, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Before HULL, WILLIAM PRYOR and ROSENBAUM, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Luis A. Rodriguez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because indepen-

dent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Rodriguez's supervised release and subsequent sentence are **AFFIRMED.**